APPEAL No. 73-33. STATE *v*. LEO JOSEPH DESROCHES. Motion for assistance of counsel granted, and defendant may file a formal request for assistance of counsel with the office of the Inmate Legal Assistance Program at the Adult Correctional Institutions. Motion to proceed in forma pauperis with respect to additional transcripts is granted. Motion for a new trial under suspension of the rules of the court as prayed is denied. Joslin, J., not participating. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff. *Leo Joseph Desroches*, defendant, pro se.

APPEAL No. 1918. ARMANDO MATARESE *v*. PAOLO CALISE. Appellant's motion to reargue denied. Joslin, J., not participating. *Joseph G. Miller, Edwin D. D'Agostino*, for plaintiff-appellee. *Swan, Keeney, Jenckes & Asquith, Conrad M. Cutcliffe, Edward W. Moses, John R. Cosentino*, for defendant-appellant.

June 18, 1973.

M. P. No. 73-161. *In re* APPLICATION OF LODGE No. 14 CUMBERLAND FRATERNAL ORDER OF POLICE. This matter considered by Chief Justice Roberts on June 18, 1973, on the Application of Lodge No. 14 Cumberland, Fraternal Order of Police, and after consideration it is ORDERED:

1. The Application of Lodge No. 14 Cumberland, Fraternal Order of Police, requesting the Chief Justice to appoint a third arbitrator, is granted.

2. John J. Hall of 245 Sharon Drive, Warwick, Rhode Island, is appointed as the third member and chairman of the said Arbitration Board under the provisions of Sec. 28-9.2-8 of the General Laws, as amended. *Phillip S. Rosen*, for petitioner.